## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 21 CR 110 |
| v. | ) | |
| | ) | The Honorable Judge Edmond Chang |
| MICHAEL FROBOUCK | ) | |

### MOTION TO DISMISS

**NOW COMES** the Defendant, Michael Frobouck, through his attorneys Timothy P. Whelan of Timothy Whelan Law Associates, Ltd. moves this court to enter an order of dismissal of the indictment pursuant to FRCP Rule 12 and in support thereof states as follows:

### COUNT ONE

1. Michael Frobouck has been charged with knowingly transferring a destructive device not registered to him under the National Firearms Act requirements.

2. The Federal Riot Gun, by statute, is not required to be registered in the National Registration and Transfer Record.

3. The charge asserts the Federal Riot Gun transferred with "anti-personnel munitions" makes the gun a destructive device requiring registration.

4. The Defendant asserts, the conversion of the gun to a destructive device is not statutory.

1

5. An ATF opinion 95-3 determined the transfer of a Federal Riot Gun with anti personnel munitions creates a destructive device that requires the necessity of a registration prior to the transfer; there is no federal statute that codifies ATF opinion 95-3.

6. The definition of a destruct device (DD) under Section 5845 **(f) Destructive device.** (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellant charge of more than four ounces, (D)missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device; (2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter, except a shotgun or shotgun shell which the Secretary finds is generally recognized as particularly suitable for sporting purposes.

7. If congress intended to include a riot gun gas launchers to be DD's they would have enumerated it in the statute.

8. Further, tear gas pellets are not anti-personnel ammunition. These tear gas pellets are considered less than lethal munition used to subdue crowds; the gun and tear gas pellets are used for crowd control and as stated on the warning label are "Chemical Anit-Riot Weapons" not anti-personnel.

9. A few facts related to Frobouck that are relevant include the gun was purchased by Frobouck in 1991, along with the same tear gas canisters from an Army Surplus store in Lombard Illinois. Neither the gun nor the combination of the gun and tear gas were registered at the time

2

of sale. Neither the manufacturer or the retail seller were either required nor had registered the gun with tear gas pellets.

10. ATF opinion 95-3 had prior to 1995, held that devices designed for expelling tear gas or pyrotechnic signals are not weapons and are exempt from the destructive device definition. The opinion created the concept that the combination of the two items created a destructive device requiring registration; since 1995 no effort has been made to have Congress codify that opinion.

11. United States v Picciotto 875 F. 2d 345 (DC Cir 1989) wherein the Defendant was prosecuted on the basis of an unpublished classification. The court ruled:

"A rule which is subject to APA (Administrative Procedure Act, 5 U.S.C. 551), but was adopted without them, is invalid. Certainly, a criminal prosecution Founded on an agency rule should be held to the strict letter of the APA."

12. Other circuits have similarly recognized that criminal liability cannot be imposed where the agency has failed to comply with APA's procedures, and therefore had not given fair notice.

WHEREFORE the Defendant, MICHAEL FROBOUCK, prays this court enter an order dismissing Count One of the Indictment and such other relief as this court deems appropriate.

3

## COUNT TWO

1. The second indictment charges Michael Frobouck with knowingly receiving and possessing a SWD Incorporated, Atlanta GA., (COBRAY is only a logo) Model M-11 9mm with serial number 988-0006325, not registered to him in the National Firearms Registration and Transfer Record. This firearm has been misidentified by the charging agent several times. The mere identity of the firearm would be confusing to the jury. Additionally, The serial number is incorrect as charged. The number "9" does not proceed the actual serial number. The first designation "88" is a reference to the year the pistol was manufactured.

2. The fact is, the M11/9 is a pistol. The subpoenaed information on the tracking and history of the pistol confirms from ATF it was manufactured as a pistol, sold from the manufacturer to a retailer as a pistol and no further records are available to indicate the item is anything other than a pistol (Exhibit A ATF Tracking Document).

3. The charging document asserts the pistol is an "any other weapon", somehow no longer a pistol. The plain reading of 26 U.S.C. 5845 (E) clearly state the term "...shall not include a pistol..."

4. The M11/9 pistol in question (a) is not a device capable of being concealed on the person ( b) does not have a barrel with a smooth bore designed or redesigned to fire a fixed shotgun shell (c) is not a weapon with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading and (d) is not such a weapon which may be readily restored to fire.

4

5. The M11/9 was manufactured as a pistol. It was sold as a pistol. It was possessed by the manufacture, the retailer, the FFL dealer and Michael Frobouck as a pistol.

6. The probable cause affidavit by the FBI agent Rife asserts the M11/9 pistol is an "any other weapon" based on his technical expertise asserting because the pistol has a third position on the selector (a selector has nothing to do with its classification), his estimation of the length of the weapon being less than 26 inches and a vertical fore grip make it an "any other weapon" and not a pistol. Pistols have no minimum or maximum length, they must have a rifled bore and have a grip perpendicular to the bore.

7. The ATF tracking documents do not indicate any modifications were made to the pistol, including to its selector, after manufacturing. The length of the pistol (which has no stock) is within the specifications of a pistol. The vertical fore grip was manufactured with the grip at more than a vertical angle.

8. The FBI agent's opinion, based on his expertise and training, is contradicted by the ATF tracking information. The M11 was manufactured as a pistol. It was knowingly received by Michael Frobouck as a pistol when purchased it at a DuPage County gun show from a Federal Firearms Licensed dealer (who had never registered the weapon in 1991). It was knowingly possessed by Michael Frobouck for thirty (30) years in the original gun case (a case seized by the government) sitting on a shelf in his home, as a pistol.

WHEREFORE the Defendant, MICHAEL FROBOUCK, prays this court enter an order

dismissing Count Two of the Indictment and such other relief as this court deems appropriate.

Respectfully Submitted,

/S/ Timothy P. Whelan
Attorney for the Defendant

Timothy P. Whelan
Timothy Whelan Law Associates, Ltd.
480 E Roosevelt Road Suite 203
West Chicago, IL 60185
630-653-0202
tpwlaw@comcast.net

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: April 09, 2021

## FIREARMS TRACE SUMMARY

Trace Number: T20210052796     Request Date: February 04, 2021     Completion Date: April 07, 2021

**GERALD WERNER**
FEDERAL BUREAU OF INVESTIGATIO
935 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20535
PHONE: (202) 324-3000 Ext:
FAX (202) 436-8118

Badge No:
Investigation No:  266T-CG-3352340

### FIREARM INFORMATION
Manufacturer: SWD
Model: M11/9
Caliber: 9
Serial Number: 88-0006325
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date:
Time to Crime:

Possessor:
DOB:
POB:

### DEALER INFORMATION
FFL: 33907508
MOUNTAIN MAN GUNS LLC
N3062 ASJE ROAD
CAMBRIDGE, WI 53523
Phone:  (608) 423-3792     Ship-To-Date:     10/12/1988
Ext:

### ADMINISTRATIVE INFORMATION
SQUAD CT-2

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) THAT DOES NOT HAVE RECORDS PRIOR TO 20 YEARS AGO.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210052796
FOR OFFICIAL USE ONLY



EXHIBIT

4

Page 1 of 1

FBI_006-000017

# Firearm Trace Details

View the Referral Lists associated with this trace     Printer-Friendly Report(PDF)

Back

Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210052796** | Request Date: | 02/04/2021 |
| Status: | Completed | eTrace User: | GWERNE1 |
| Completion Date: | 04/07/2021 | | |

Summary of Results

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) THAT DOES NOT HAVE RECORDS PRIOR TO 20 YEARS AGO.

**The information in this report must be validated prior to use in any criminal proceedings.**

Make Changes to the Trace?

⊱ Update Trace **T20210052796**

Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | SWD | Type: | PISTOL |
| Caliber: | 9 | | |
| Model: | M11/9 | | |
| Serial Number: | 88-0006325 | Country of Origin: | UNITED STATES |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

Requestor Information

Law Enforcement Agency
USFBI0000
FEDERAL BUREAU OF INVESTIGATIO
935 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20535
UNITED STATES
PHONE (202) 324-3000 Ext:
FAX (202) 436-8118

| | |
|---|---|
| Officer Last Name: | WERNER |
| Officer Suffix: | |
| Officer First Name: | GERALD |
| Officer Badge No.: | |

Agency Case No.:     266T-CG-3352340

Recovery Information
Firearm Not recovered

Recovery Date:                                    Time to Crime:
Address:                                          Vehicle Year:
                                                  Vehicle Make:
                                                  Vehicle Model:
                                                  Vehicle Tag Number:
Location Type:                                    Vehicle Tag State:
                                                  Vehicle Tag Country:

Dealer Information
**Dealer: 1**
Business Name:      SWD                                       Out of Business
Licensee Name:      S W DANIEL, INC
Address:            1872 MARIETTA BLVD NW
                    ATLANTA, GA 30018

FFL Number:         15818443           Last Inspection:    03/30/1994
Contact Name:                          Phone:              (404) 355-2641
Invoice Number:                        Transaction Date:

**Dealer: 2**
Business Name:
Licensee Name:      MOUNTAIN MAN GUNS LLC
Address:            N3062 ASJE ROAD
                    CAMBRIDGE, WI 53523

FFL Number:         33907508           Last Inspection:    01/18/2018
Contact Name:                          Phone:              (608) 423-3792
Invoice Number:                        Transaction Date:   10/12/1988

Administrative Information
Priority:           ROUTINE
NCIC Crime Code:    0099               FIREARM UNDER INVESTIGATION
Special Instructions:
Gang Name:

Admin Labels:       SQUAD CT-2       Value:

Replicate this trace request

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

Sensitive but Unclassified - For Official Use Only

# Referral List

Trace ID: **T20210052796**

- The **final dealer** may be associated with 6 traces initiated in the past year based on matching FFL Number.

- **Recovery Location:** not enough information to check for associated traces.

Sensitive but Unclassified - For Official Use Only

# Referral List: Final Dealer

Trace ID: **T20210052796**

The final dealer may possibly be associated with 6 traces initiated in the past year based on FFL Number.

**FFL:**       **33907508/ MOUNTAIN MAN GUNS LLC**

| Trace Number | Request Date | Requestor | Office | Phone |
|---|---|---|---|---|
| T20200466072 | 11/25/2020 | DAVID BEMER | FEDERAL BUREAU OF INVESTIGATIO | (202) 324-3000 |
| T20200375381 | 09/28/2020 | JOSHUA BARNIER | MCFARLAND PD | (608) 838-3151 |
| T20200298365 | 08/07/2020 | ELLIE BOEBEL | MADISON POLICE DEPARTMENT | (608) 266-4022 |
| T20200261809 | 07/13/2020 | MIKE KLEMUNDT | MADISON FIELD OFFICE | (608) 441-5050 |
| T20200250958 | 07/03/2020 | BRENT MISCICHOSKI | MILWAUKEE POLICE DEPARTMENT | (414) 935-7380 |
| T20200231727 | 06/22/2020 | MIKE KLEMUNDT | MADISON FIELD OFFICE | (608) 441-5050 |

Sensitive but Unclassified - For Official Use Only