## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21 CR 110 |
| v. ) | |
| ) | The Honorable Judge Edmond Chang |
| MICHAEL FROBOUCK ) | |

### NOTICE OF FILING

To: James P. Durkin
Assistant United States Attorney, Northern District of Illinois
219 South Dearborn Street, Room 500
Chicago, IL 60604
*Via email*: James.Durkin2@usdoj.gov

**PLEASE TAKE NOTICE** that on the 24th day of May, 2022, the Defendant's Motion to Dismiss Counts One and Two was filed with the Clerk of the Court of United States District Court Northern District of Illinois, Eastern Division.

/s/ Timothy Whelan
Attorney for the Defendant

### PROOF OF SERVICE

I, being first duly sworn on oath, deposes and says that I served the Notice of Filing and Motion to Extend Time via electronic mail to the above counsel of record on the 24th day of May, 2022.

/s/ Timothy Whelan

TIMOTHY WHELAN LAW ASSOCIATES, LTD.
Attorney No. 3126613
48o E Roosevelt Road, Suite 203
West Chicago, IL 60185
(630) 653-0202
tpwlaw@comcast.net